IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA JOSEFA CORPORAN-CUEVAS<br><br>Plaintiff,<br><br>v.<br><br>CORPORATION X d/b/a COLMADO MI GENTE, et al<br><br>Defendants | CIVIL NO.  16-2946 (SCC) |

**INITIAL SCHEDULING CONFERECE REPORT**

An Initial Scheduling Conference ("ISC") was held on October 30, 2017. The following attorneys attended the ISC: Atty. Manuel Cobian-Roig on behalf of plaintiff. On behalf of defendants Atty. Evelyn Aimee De Jesús-Rodríguez and Atty. Lourdes Santos-Gutiérrez in substitution of Atty. Carolene Fontanet-Smith. No amendments to the complaint or Third Party Complaint(s) are anticipated.

The following deadlines were set during the ISC:

| Deadline | Event |
|---|---|
| November 6, 2017 | Deadline to conclude Initial Disclosures under Rule 26 |
| December 6, 2017 | Submission of written discovery<br>Interrogatories<br>Requests for production of documents<br>Requests for admissions |
| December 20, 2017 | Answers to written discovery<br>Interrogatories<br>Requests for production of documents<br>Requests for admissions |

| | |
|---|---|
| December 30, 2017 | Conclusion of depositions of fact witnesses including treating physicians |
| January 30 , 2018 | Deadline for plaintiff to submit expert report(s) |
| March 30, 2018 | Deadline for defendants to submit expert report(s) |
| April 30, 2018 | Deadline for the parties to depose expert witnesses Conclusion of all discovery |
| May 30, 2018 | Deadline to file motions for summary judgment or any other dispositive motion. |
| June 30, 2018 | Deadline to file answers to motions for summary judgment or any other dispositive motion. |
| August 23, 2018 | Pretrial and Settlement Conference at 9:30 AM |
| September 24, 2018 | Jury trial at 9:00 AM |

In San Juan, Puerto Rico, this 30th day of October, 2017.

s/ Silvia Carreño-Coll  
UNITED STATES MAGISTRATE JUDGE